# Exhibit A
## Civil Cover Sheet

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Lori Loveday ;
1 Citizen of This State;
**County of Residence:** Greene County

### Defendant(s):
First Listed Defendant:
WCA Management Company, LP ;
5 Incorporated and Principal Place of Business in Another State; Delaware
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Greene County

### Plaintiff's Attorney(s):
Attorney Benjamin A. Stringer (Lori Loveday)
Hall Ansley, P.C.
3275 East Ridgeview
Springfield, Missouri 65804
**Phone:** (417) 890-8700
**Fax:** (417) 890-8855
**Email:** bstringer@hallansley.com

Attorney Timothy A. Ricker (Lori Loveday)
Hall Ansley, P.C.
3275 East Ridgeview
Springfield, Missouri 65804
**Phone:** (417) 890-8700
**Fax:** (417) 890-8855
**Email:** tricker@hallansley.com

### Defendant's Attorney(s):
Attorney Kyle B. Russell ( WCA Management Company, LP)
Jackson Lewis P.C.
7101 College Blvd, Suite 1200
Overland Park, Kansas 66210
**Phone:** (913) 981-1018
**Fax:** (913) 981-1019
**Email:** Kyle.Russell@jacksonlewis.com

Attorney Camille L. Roe ( WCA Management Company, LP)
Jackson Lewis P.C.
7101 College Blvd, Suite 1200
Overland Park, Kansas 66210
**Phone:** (913) 981-1018
**Fax:** (913) 981-1019
**Email:** Camille.Roe@jacksonlewis.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** 1 Citizen of This State
  **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court
  **State Removal County:** Greene County
  **State Removal Case Number:** 1931-CC01605

**Nature of Suit:** 442 Employment

**Cause of Action:** Plaintiff filed her Petition alleging claims of sex discrimination (Count I), retaliation (Count

II), disability discrimination (Count III) under the MHRA; sex discrimination (Count IV), and retaliation (Count V) under Title VII; and disability discrimination (Count VI), under the ADA against Defendant. Defendant now removes Plaintiff's Petition pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Kyle B. Russell

**Date:** 2/18/2020

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.